UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **PATRICIA CONRADT, as** § | | |
| **Administratrix of the Estate of Louis** § | | |
| **William Conradt, Jr., Deceased,** § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| v. § | **CIVIL ACTION NO. 4:08-MC-11** | |
| § | | |
| **NBC UNIVERSAL, INC.,** § | | |
| § | | |
| **Defendant.** § | | |

**JOINT NOTICE OF WITHDRAWAL OF SUBPOENA AND MOTION**

NBC Universal, Inc. ("NBC") and the City of Murphy Police Department hereby notify the Court of the following:

1. NBC hereby withdraws the subpoena issued on or about April 22, 2008 to the City of Murphy Police Department relating to discovery in the case in the United States District Court for the Southern District of New York, *Patricia Conradt v. NBC Universal, Inc.*, Cause No. 07-CV-6623 (DC).

2. Accordingly, the City of Murphy Police Department hereby withdraws its Amended Objections, Motion to Quash or Modify Subpoena, or, Alternatively, for Protective Order regarding the subpoena.

3. The parties agree this civil action should be dismissed with the parties bearing their own costs.

-2-

SIGNED this 8th day of July, 2008.

Respectfully submitted,

| | |
|---|---|
| _/s/ Michael L. Raiff_ | _/s/ Wm. Andrew Messer_ |
| Michael L. Raiff | Wm. Andrew Messer |
|  State Bar No. 00784803 |  State Bar No. 13472230 |
| Vinson & Elkins L.L.P. | Bennett M. Wyse |
| 2001 Ross Avenue, Suite 3700 |  State Bar No. 24008315 |
| Dallas, Texas  75201.2975 | Pat Kelly |
| Telephone: 214.220.7705 |  State Bar No. 24049661 |
| Telecopy: 214.999.7705 | Messer, Campbell & Brady, LLP |
| mraiff@velaw.com | 6351 Preston Road, Suite 350 |
| | Frisco, TX  75034 |
| **COUNSEL FOR NBC UNIVERSAL, INC.** | Telephone:  972.424.7200 |
| | Telecopy:  972.424.7244 |
| | amesser@mcblawfirm.net |
| | |
| | **COUNSEL FOR THE CITY OF MURPHY POLICE DEPARTMENT** |

### CERTIFICATE OF SERVICE

I certify that the Joint Notice of Withdrawal of Subpoena and Motion was served on Patricia Conradt's counsel on this 8th day of July, 2008.

**BY CERTIFIED MAIL RRR**
Bruce Baron
Seth M. Katz
Baron Associates P.C.
2509 Avenue U
Brooklyn, NY  11229

      _/s/ Michael L. Raiff_
Michael L. Raiff

1426474_1